**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Northwind Energy Partners, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-35225** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Whitney Bank** | **Checking account** | 4  5  8  3 | $93.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $93.00

---

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor __**Northwind Energy Partners, LLC**__  Case number (if known) __16-35225__
Name

**Current value of
debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. | **$0.00** |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of
    debtor's interest**

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$0.00**  face amount | – | **$0.00**  doubtful or uncollectible accounts | = ............ → **$0.00** |
| 11b. Over 90 days old: | **$0.00**  face amount | – | **$0.00**  doubtful or uncollectible accounts | = ............ → **$0.00** |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$0.00** |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    **Valuation method
    used for current value**     **Current value of
    debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated
    businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and
    non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83. | **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

Debtor   **Northwind Energy Partners, LLC**                              Case number (if known)  **16-35225**
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

                                                                                  **$0.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.

                                                                                    **$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
            ☐ No
            ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____    Valuation method _____    Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor **Northwind Energy Partners, LLC**                    Case number (if known) **16-35225**
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Northwind Energy Partners, LLC**                                      Case number (if known)   **16-35225**
_____                                  _____
Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | $0.00 |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| See answer to #77 supra | | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Northwind Energy Partners, LLC**          Case number (if known)  <u>16-35225</u>
      Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                                              Current value of
                                                                                              debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    <u>Co-claimant against World Energy Ventures LLC and against Hector Sulaiman</u>        $35,000,000.00

    Nature of claim     <u>Counterclaim</u>
    Amount requested  <u>$35,000,000.00</u>

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    <u>Contractual access rights to 40 sq miles of 3D seismic data</u>        $400,000.00

    <u>Capitalized development costs - oil & gas prospects, net of impairment</u>    $2,123,868.00

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.          | $37,523,868.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   **Northwind Energy Partners, LLC**   Case number (if known)   **16-35225**
Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $93.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,523,868.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | $37,523,961.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......................................................................... **$37,523,961.00**

**Fill in this information to identify the case:**

Debtor name __**Northwind Energy Partners, LLC**__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number __**16-35225**__
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more
than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

| 2.1 | | |
|---|---|---|
| **Creditor's name**<br>World Energy Ventures LLC | **Describe debtor's property that is subject to a lien** | $7,500,000.00    $7,500,000.00 |

**Creditor's name**
World Energy Ventures LLC

**Describe debtor's property that is subject to a lien**

Seismic data & development costs

**Creditor's mailing address**
Hector Sulaiman

Campos Eliseos 400 - 701

Col. Lomas de Chapultepec

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**    2013

**Last 4 digits of account
number**    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,500,000.00**    Value of collateral: **$7,500,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**

**$7,500,000.00**

Debtor   __Northwind Energy Partners, LLC_____   Case number (if known) __16-35225_____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| Robert S. Saunders, Esq. | | Line __2.1__ | ___ ___ ___ ___ |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | | | |
| 920 North King Street, 7th. Floor | | | |
| P.O. Box 636 | | | |
| Wilmington | DE    19801 | | |

Official Form 206D          Part 2 of Schedule D: Creditors Who Have Claims Secured by Property          page 2

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Northwind Energy Partners, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-35225** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $864,925.82 | $864,925.82 |

**2.1**   **Priority creditor's name and mailing address**

**Internal Revenue Service**

P.O. Box 7346

Philadelphia        PA        19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

_____

Is the claim subject to offset?

☑ No
☐ Yes

Total claim  $864,925.82

Priority amount  $864,925.82

Debtor   **Northwind Energy Partners, LLC**          Case number (if known)   **16-35225**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $137,302.47 |

**Abrams & Bayless LLP**

**20 Montchanin Road - Ste. 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Wilmington**            **DE**   **19807**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,013.53 |

**Bonds Brother Energy**

**151 Abingdon Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Kenilworth**            **IL**   **60043**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,756.65 |

**Christine Lemieux Trust U/A**

**Bank of America, N.A., Trustee**

**P.O. Box 832407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**            **TX**   **75283-2407**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,982.56 |

**Cypress Energy Corporation**

**P.O. Box 66769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Baton Rouge**            **LA**   **70896**

Date or dates debt was incurred          _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Northwind Energy Partners, LLC | Case number (if known) | 16-35225 |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.5 Nonpriority creditor's name and mailing address

Deane Pierce

c/o David M. Stiles, III

3411 Richmond Ave., #400

Houston          TX     77046

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Judgment

Is the claim subject to offset?
☑ No
☐ Yes

$61,409.59

### 3.6 Nonpriority creditor's name and mailing address

Eula May Johnston Trust

Bank of America, NA

PO Box 832407

Dallas          TX     75283-2407

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$39,550.46

### 3.7 Nonpriority creditor's name and mailing address

Fischer Childrens Common

P.O. Box 832407

Dallas          TX     75283-2407

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$110,030.26

### 3.8 Nonpriority creditor's name and mailing address

French Capital Partners Ltd.

P.O. Box 11327

Midland          TX     79702

Date or dates debt was incurred

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$438,128.66

Debtor   __Northwind Energy Partners, LLC__   Case number (if known) __16-35225__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311,876.01 |

French Land & Cattle Ltd.

P.O. Box 11327

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Midland                    TX    79702

Date or dates debt was incurred ____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,436.40 |

Grand Gulf Enrgy, LLC

c/o David K. McCrory

1313 West Pinhook Rd.

PO Drawer 52606

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Lafayette                  LA    70505-2606

Judgment

Date or dates debt was incurred ____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,476.20 |

Gulf Coast Midwest Energy Prtnrs

1811 Bering Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Houston                    TX    77057

Date or dates debt was incurred ____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328,066.00 |

Gyrodata, Inc.

23000 Northwest Lake Drive

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Houston                    TX    77095

Judgment

Date or dates debt was incurred ____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  __Northwind Energy Partners, LLC__                    Case number (if known) __16-35225__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |

$1.00

__Hector Sulaiman__

__Campos Eliseos 400 - 701__

__Col. Lomas de Chapultepec__

__CP 11000, Mexico D.F.8__

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address |

$21,284.96

__Henry R. Clay Trust__

__P.O. Box 832407__

__Dallas                    TX    75283-2407__

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |

$139,431.06

__Inverness Corp.__

__616 Fitzpatrick Ave.__

__Waco                    TX    76708__

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |

$13,970.32

__Jakal Oil Company__

__307 West 7th Street, Ste. 1718__

__Fort Worth              TX    76102__

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor  __Northwind Energy Partners, LLC_____   Case number (if known) __16-35225_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,687.86 |

__Jason Blake Tollett Trust_____
__P.O. Box 832407_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas_____ TX____ 75283-2407_

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,450.39 |

__Laughlin Family Joint Venture_____
__P.O. Box 832407_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas_____ TX____ 75283-2407_

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,600.71 |

__Lee Wiley Moncrief 1988 Trust_____
__Bank of America NA_____
__PO Box 832407_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Dallas_____ TX____ 75283-2407_

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,217.60 |

__Marcia Fuller French_____
__P.O. Box 11327_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Midland_____ TX____ 79702_____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  __Northwind Energy Partners, LLC_____    Case number (if known)  __16-35225_____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$9,440.38

Maurice H. Blanks

Bank of America, N.A., Agent

P.O. Box 832407

Dallas                    TX      75283-2407

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$1,215.89

Mike Bonds

151 Abingdon Ave.

Kenilworth                IL      60043

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$89,471.30

MSC Minerals Ltd

Bank of America, N.A., Agent

P.O. Box 832407

Dallas                    TX      75283-2407

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

$29,491.38

New Orleans I Holdings, LLC

1100 Poydras St

New Orleans               LA      20112

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  <u>Northwind Energy Partners, LLC</u>                          Case number (if known)  <u>16-35225</u>

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**  Nonpriority creditor's name and mailing address

<u>P2ES Holdings LLC</u>

<u>c/o CMI Credit Mediators Inc.</u>

<u>P.O. Box 456</u>

<u>Upper Darby</u>                    PA     19082

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$40,359.02

---

**3.26**  Nonpriority creditor's name and mailing address

<u>Patricia P. Schieffler Rev Tst</u>

<u>P.O. Box 832407</u>

<u>Dallas</u>                    TX     75283-2407

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$31,577.26

---

**3.27**  Nonpriority creditor's name and mailing address

<u>Patricia Penrose Schieffler OG</u>

<u>P.O. Box 832407</u>

<u>Dallas</u>                    TX     75283-2407

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$51,427.08

---

**3.28**  Nonpriority creditor's name and mailing address

<u>Petrodome Bayou Choctaw LLC</u>

<u>4203 Yoakum Blvd., Ste. 170</u>

<u>Houston</u>                    TX     77006

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$156,454.77

---

Debtor __Northwind Energy Partners, LLC_____    Case number (if known) __16-35225_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,252.20 |

__Petrust Corp of Amer. Agency_____

__Bank of America, Agent_____

__PO  Box 832407_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Dallas_____ TX____ 75283-2407__    _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450,900.36 |

__Prime Oil & Gas, Inc._____

__110 East 59th. St., 33rd. Floor_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__New York_____ NY____ 10022_____    _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,210.37 |

__Rayond L. Tollett Jr Trust_____

__P.O. Box 832407_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Dallas_____ TX____ 75283-2407__    _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

__Stradera Energy Partners I LP_____

__2202 Camelback Dr._____

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

__San Antonio_____ TX____ 78209_____    _____

Date or dates debt was incurred _____    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

Debtor    Northwind Energy Partners, LLC                                    Case number (if known)  16-35225

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.33**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $2,934,726.93
*Check all that apply.*

Stradera Energy Partners II LP                      ☐ Contingent
2202 Camelback Dr.                                  ☐ Unliquidated
                                                    ☐ Disputed

                                                    **Basis for the claim:**

San Antonio                    TX      78209        _____

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                    ☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

**3.34**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $27,843.56
*Check all that apply.*

Strike Investments, LLC                             ☐ Contingent
Attn:  Cliff Keiser                                 ☐ Unliquidated
4603  Branchview Drive                              ☐ Disputed

                                                    **Basis for the claim:**

Arlington                      TX      76017        _____

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                    ☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

**3.35**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $41,323.11
*Check all that apply.*

Tatum Living Trust                                  ☐ Contingent
P.O. Box 832407                                     ☐ Unliquidated
                                                    ☐ Disputed

                                                    **Basis for the claim:**

Dallas                         TX      75283-2407   _____

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                    ☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

**3.36**   Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $32,197.67
*Check all that apply.*

Tubb Memorial LP                                    ☐ Contingent
Bank of America NA                                  ☐ Unliquidated
P.O. Box 832407                                     ☐ Disputed

                                                    **Basis for the claim:**

Dallas                         TX      75283-2407   _____

Date or dates debt was incurred  _____        **Is the claim subject to offset?**
                                                    ☑ No
Last 4 digits of account number  __ __ __ __        ☐ Yes

---

Debtor __Northwind Energy Partners, LLC_____   Case number (if known) __16-35225_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |

__Virginia Clay Dorman Agency_____

__P.O. Box 832407_____

_____

__Dallas_____ __TX___ __75283-2407__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __ — __ __ — __ __ — __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

$20,586.45

Debtor   __Northwind Energy Partners, LLC_____   Case number (if known) __16-35225_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**   Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** James M. Garner, Esq.<br>SHER GARNER CAHILL RICHTER KLEIN<br>& HILBERT LLC<br>909 Poydras Street, 28th Floor<br>New Orleans          LA       20112-4046 | Line  __3.24__<br>☐  Not listed.  Explain: | ___ ___ ___ ___ |
| **4.2** Wesley G. Lotz, Esq.<br>Fulkerson Lotz LLP<br>700 Louisiana Street, Suite 2500<br><br>Houston          TX       77002-2773 | Line  __3.12__<br>☐  Not listed.  Explain: | ___ ___ ___ ___ |

Debtor    **Northwind Energy Partners, LLC**                              Case number (if known)   **16-35225**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   **Total claims from Part 1**                                            5a.          **$864,925.82**

5b.   **Total claims from Part 2**                                            5b. **+**     **$7,081,151.42**

5c.   **Total of Parts 1 and 2**                                             5c.          **$7,946,077.24**
      Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Northwind Energy Partners, LLC</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>16-35225</strong>          Chapter     <strong>7</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets – Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Consultant Services Contract | BriSon Oil & Gas, LLC |
| | | | 1811 Bering Drive |
| | | | Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77057 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Joint Venture Agreement | Burnside Energy, LLC |
| | | | 1811 Bering Drive |
| | | | Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77057 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Joint Venture Ageement between Burnside Energy, LLC and Legend Petroleum, LP effective 8/30/12 | Burnside Energy, LLC |
| | | | 1811 Bering Drive |
| | | | Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77057 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Joint Venture Agreement | Legend Petroleum, LP |
| | | | 1811 Bering Drive |
| | | | Suite 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77057 |

**Fill in this information to identify the case:**

Debtor name **Northwind Energy Partners, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-35225**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Northwind Energy Partners, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-35225**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................................................ | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................................... | $37,523,961.00 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...................................................................................... | $37,523,961.00 |

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | $7,500,000.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................. | $864,925.82 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | + $7,081,151.42 |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................ | $15,446,077.24 |

**Fill in this information to identify the case and this filing:**

Debtor Name     **Northwind Energy Partners, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number     **16-35225**
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/01/2016          X _____
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                     **Thomas L. Easley**
                                     Printed name
                                     **Sr. Vice President**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**Northwind Energy Partners, LLC**__

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number __**16-35225**__
(if known)

☐ Check if this is an
 amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:     Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __**01/01/2016**__ MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other _____ | **$0.00** |
| **For prior year:** | From __**01/01/2015**__ MM / DD / YYYY | to | __**12/31/2015**__ MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$0.00** |
| **For the year before that:** | From __**01/01/2014**__ MM / DD / YYYY | to | __**12/31/2014**__ MM / DD / YYYY | ☑ Operating a business ☐ Other _____ | **$416,774.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Northwind Energy Partners, LLC**                          Case number (if known)   **16-35225**
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **World Energy v Northwind Gulf Coast etal** | **Breach of contract, counterclaim** | **Superior Court, Newcastle Co., DE**<br>Name<br>**NCC Courthouse**<br>Street<br>**500 N. King St.** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**CA #N15C-03-241WCC** | | **Wilmington          DE      19801**<br>City                    State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  __Northwind Energy Partners, LLC__                      Case number (if known) __16-35225__
        Name

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Fuqua & Associates, PC** | | **10/18/16** | **$17,500.00** |

Address

**5005 Riverway**
Street
**Suite 250**

**Houston**              **TX**    **77056**
City                     State   ZIP Code

Email or website address
**rlfuqua@fuqualegal.com**

Who made the payment, if not debtor?
**Arena Power Co and L.R. French III**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None

| Debtor | **Northwind Energy Partners, LLC** | Case number (if known) | **16-35225** |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

　　　　Does the debtor have a privacy policy about that information?
　　　　☐ No.
　　　　☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
　　　　☐ No.  Go to Part 10.
　　　　☐ Yes.  Fill in below:

Debtor    **Northwind Energy Partners, LLC**        Case number (if known)   **16-35225**
       Name

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor  __Northwind Energy Partners, LLC_____    Case number (if known)  __16-35225_____
        Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

<h3 style="background:black;color:white;">Part 13:   Details About the Debtor's Business or Connections to Any Business</h3>

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | **Northwind Gulf Coast, LLC** <br> Name <br> **1811 Bering Drive** <br> Street <br> **Suite 400** <br> **Houston**　　**TX**　**77057** <br> City　　　　State　ZIP Code | **Oil & gas development Chapter 7 Debtor, Case #16-35227 Southern District of Texas, Houston Div** | EIN: 9 0 – 1 0 1 9 2 2 0 <br><br> Dates business existed <br> From __9/30/13__  To __10/18/16__ |
| 25.2. | **Louisiana Energy Acquisition & Dev LLC** <br> Name <br> **1811 Bering** <br> Street <br> **Suite 400** <br> **Houston**　　**TX**　**77057** <br> City　　　　State　ZIP Code | **Oil & gas lease acquisition** | EIN: 2 7 – 1 0 4 2 5 1 4 <br><br> Dates business existed <br> From __July 2010__  To __2012__ |
| 25.3. | **Northwind L&D** <br> Name <br> **1811 Bering** <br> Street <br> **Suite 400** <br> **Houston**　　**TX**　**77057** <br> City　　　　State　ZIP Code | **Oil & gas** | EIN: 2 7 – 4 2 7 0 7 7 7 <br><br> Dates business existed <br> From __July 2010__  To __2012__ |
| 25.4. | **Northwind Oil & Gas, LLC** <br> Name <br> **1811 Bering** <br> Street <br> **Suite 400** <br> **Houston**　　**TX**　**77057** <br> City　　　　State　ZIP Code | **Oil & gas operator** | EIN: 2 7 – 3 0 2 6 6 2 6 <br><br> Dates business existed <br> From __July 2010__  To __2013__ |

Debtor   **Northwind Energy Partners, LLC**
_____   Case number (if known) **16-35225** _____
Name

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **Richard Halprin**
_____   From **2011**   To **present**
Name
**1811 Bering Dr.**
_____
Street
**Suite 400**
_____

**Houston**                    **TX**      **77057**
_____
City                           State     ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.  **Maggie Alvarez**
_____   From **2012**   To **present**
Name
**1811 Bering**
_____
Street
**Suite 400**
_____

**Houston**                    **TX**      **77057**
_____
City                           State     ZIP Code

| Name and address | Dates of service |
|---|---|

26a.3.  **Cantrell & Cantrell PLLC**
_____   From **2015**   To **present**
Name
**3700 Buffalo Speedway**
_____
Street
**Suite 520**
_____

**Houston**                    **TX**      **77098**
_____
City                           State     ZIP Code

| Name and address | Dates of service |
|---|---|

26a.4.  **Richard R. Kostboth, CPA**
_____   From **2011**   To **2011**
Name
**Arledge & Associates, PC**
_____
Street
**309 North Bryant**
_____

**Edmond**                     **OK**      **73034**
_____
City                           State     ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Thomas L. Easley**
_____   **Laptop computer files hacked 9/30/16.**
Name                                      **Debtor's representative is attempting to**
**1811 Bering Drive**                     **retrieve files.**
_____
Street
**Suite 400**
_____

**Houston**                    **TX**      **77057**
_____
City                           State     ZIP Code

Debtor  **Northwind Energy Partners, LLC**                          Case number (if known) **16-35225**
        Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
      financial statement within 2 years before filing this case.

☐  None

**Name and address**

26d.1.  **World Energy Ventures LLC**
        Name
        **c/o Robert S. Saunders, Esq.**
        Street
        **920 N. King St., 7th Floor**

        **Wilmington**                    **DE**      **19801**
        City                             State    ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑  No.

☐  Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
       or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Thomas L. Easley | 1811 Bering Drive<br>Suite 400<br>Houston, TX 77057 | Manager / Membership interest | 5.7078% |
| L.R. French III | 1811 Bering<br>Suite 400<br>Houston, TX 77057 | Manager / None | 0% |
| Northwind 32 Partners, LP | 1800 Bering<br>Suite 400<br>Houston, TX 77057 | Member / Membership interest | 41.4003% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
       members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑  No

☐  Yes.  Identify below.

| Name | Address | Position and nature of<br>any interest | Period during which position<br>or interest was held |
|------|---------|----------------------------------------|------------------------------------------------------|

Debtor   **Northwind Energy Partners, LLC**               Case number (if known)   **16-35225**
_____
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

### Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/01/2016
                      MM / DD / YYYY

X _____                Printed name   **Thomas L. Easley**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Sr. Vice President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Northwind Energy Partners, LLC**                    Case No.   **16-35225**

                                                            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................Fixed Fee:      **$17,500.00**

    Prior to the filing of this statement I have received......................................................      **$17,500.00**

    Balance Due.............................................................................................................      **$0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☑ Other (specify)
                        **Arena Power Company and L.R. French III**

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/01/16
Date

Richard Lee Fuqua II                                              Bar No.  07552300
Fuqua & Associates, P.C.
5005 Riverway, Suite 250
Houston, TX  77056
Phone: (713) 960-0277 / Fax: (713) 960-1064

Thomas L. Easley
Sr. Vice President