IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| NORTHWIND ENERGY PARTNERS, LLC § | CASE NO. 16-35225 |
| § | (Chapter 7) |
| § | |
| DEBTOR § | |

NOTICE OF RESET CREDITORS' MEETING

PLEASE TAKE NOTICE that the Creditors' Meeting originally scheduled for November 16, 2016 has been reset. The Creditors' Meeting will take place **December 7, 2016 at 10:00 am at Suite 3401, 515 Rusk, Houston, TX 77002.**

FUQUA & ASSOCIATES, P.C.

By:  /s/ Richard L. Fuqua
Richard L. Fuqua
State Bar No. 07552300
2777 Allen Parkway, Suite 480
Houston, Texas 77019
(713) 960-0277
(713) 960-1064 telecopier

COUNSEL FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was forwarded by regular United States mail, postage prepaid, to the parties listed on the attached service list on the 15th day of November, 2016.

/s/ Richard L. Fuqua
Richard L. Fuqua

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-35225<br>Southern District of Texas<br>Houston<br>Tue Nov 15 15:59:53 CST 2016 | Harris County<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Northwind Energy Partners, LLC<br>1811 Bering Drive<br>Suite 400<br>Houston, TX 770573186 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Abrams & Bayless LLP<br>20 Montchanin Road - Ste. 200<br>Wilmington, DE 19807-2174 | Bonds Brother Energy<br>151 Abingdon Ave.<br>Kenilworth, IL 60043-1201 |
| Christine Lemieux Trust U/A<br>Bank of America, N.A., Trustee<br>P.O. Box 832407<br>Dallas, TX 75283-2407 | Cypress Energy Corporation<br>P.O. Box 66769<br>Baton Rouge, LA 70896-6769 | Deane Pierce<br>c/o David M. Stiles, III<br>3411 Richmond Ave., #400<br>Houston, TX 77046-3408 |
| Eula May Johnston Trust<br>Bank of America, NA<br>PO Box 832407<br>Dallas, TX 75283-2407 | Fischer Childrens Common<br>P.O. Box 832407<br>Dallas, TX 75283-2407 | French Capital Partners Ltd.<br>P.O. Box 11327<br>Midland, TX 79702-8327 |
| French Land & Cattle Ltd.<br>P.O. Box 11327<br>Midland, TX 79702-8327 | Grand Gulf Enrgy, LLC<br>c/o David K. McCrory<br>1313 West Pinhook Rd.<br>PO Drawer 52606<br>Lafayette, LA 70505-2606 | Gulf Coast Midwest Energy Prtnrs<br>1811 Bering Dr.<br>Houston, TX 77057-3006 |
| Gyrodata, Inc.<br>23000 Northwest Lake Drive<br>Houston, TX 77095-5344 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | Hector Sulaiman<br>Campos Eliseos 400 - 701<br>Col. Lomas de Chapultepec<br>CP 11000, Mexico D.F.8 |
| Henry R. Clay Trust<br>P.O. Box 832407<br>Dallas, TX 75283-2407 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Inverness Corp.<br>616 Fitzpatrick Ave.<br>Waco, TX 76708-2243 |
| Jakal Oil Company<br>307 West 7th Street, Ste. 1718<br>Fort Worth, TX 76102-5114 | James M. Garner, Esq.<br>SHER GARNER CAHILL RICHTER KLEIN<br>& HILBERT LLC<br>909 Poydras Street, 28th Floor<br>New Orleans, LA 70112-4046 | Jason Blake Tollett Trust<br>P.O. Box 832407<br>Dallas, TX 75283-2407 |
| Laughlin Family Joint Venture<br>P.O. Box 832407<br>Dallas, TX 75283-2407 | Lee Wiley Moncrief 1988 Trust<br>Bank of America NA<br>PO Box 832407<br>Dallas, TX 75283-2407 | MSC Minerals Ltd<br>Bank of America, N.A., Agent<br>P.O. Box 832407<br>Dallas, TX 75283-2407 |
| Marcia Fuller French<br>P.O. Box 11327<br>Midland, TX 79702-8327 | Maurice H. Blanks<br>Bank of America, N.A., Agent<br>P.O. Box 832407<br>Dallas, TX 75283-2407 | Mike Bonds<br>151 Abingdon Ave.<br>Kenilworth, IL 60043-1201 |

New Orleans I Holdings, LLC
1100 Poydras St
New Orleans, LA 70163-1101

P2ES Holdings LLC
c/o CMI Credit Mediators Inc.
P.O. Box 456
Upper Darby, PA 19082-0456

Patricia P. Schieffler Rev Tst
P.O. Box 832407
Dallas, TX 75283-2407

Patricia Penrose Schieffler OG
P.O. Box 832407
Dallas, TX 75283-2407

Petrodome Bayou Choctaw LLC
4203 Yoakum Blvd., Ste. 170
Houston, TX 77006-5455

Petrust Corp of Amer. Agency
Bank of America, Agent
PO Box 832407
Dallas, TX 75283-2407

Prime Oil & Gas, Inc.
110 East 59th. St., 33rd. Floor
New York, NY 10022-1315

Rayond L. Tollett Jr Trust
P.O. Box 832407
Dallas, TX 75283-2407

Robert S. Saunders, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
920 North King Street, 7th. Floor
P.O. Box 636
Wilmington, DE 19899-0636

Stradera Energy Partners I LP
2202 Camelback Dr.
San Antonio, TX 78209-4262

Stradera Energy Partners II LP
2202 Camelback Dr.
San Antonio, TX 78209-4262

Strike Investments, LLC
Attn: Cliff Keiser
4603 Branchview Drive
Arlington, TX 76017-1312

Tatum Living Trust
P.O. Box 832407
Dallas, TX 75283-2407

Tubb Memorial LP
Bank of America NA
P.O. Box 832407
Dallas, TX 75283-2407

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Virginia Clay Dorman Agency
P.O. Box 832407
Dallas, TX 75283-2407

Wesley G. Lotz, Esq.
Fulkerson Lotz LLP
700 Louisiana Street, Suite 2500
Houston, TX 77002-2843

World Energy Ventures LLC
Hector Sulaiman
Campos Eliseos 400 - 701
Col. Lomas de Chapultepec
CP 11000, Mexico D.F.8

Richard L Fuqua II
Fuqua & Associates, PC
5005 Riverway
Ste. 250
Houston, TX 77056-2131

Ronald J Sommers
Nathan Sommers Jacobs
2800 Post Oak Blvd
61st Floor
Houston, TX 77056-6131

End of Label Matrix
Mailable recipients   49
Bypassed recipients    0
Total                 49