IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NORTHWIND ENERGY PARTNERS, . LLC | § § § | CASE NO.   16-35225-H4-7 |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 |

### NOTICE OF RESET OF §341 MEETING OF CREDITORS
### AND CERTIFICATE OF SERVICE

TO ALL CREDITORS AND PARTIES-IN-INTEREST:

PLEASE TAKE NOTICE the meeting of creditors has been reset to **_DECEMBER 21, 2016, at 9:30 a.m._** at the United States Bankruptcy Court, 515 Rusk Ave., Suite 3401, Houston, Texas 77002.

Respectfully submitted,

By: */s/ Ronald J. Sommers*
Ronald J. Sommers
Texas Bar No. 18842500
2800 Post Oak Blvd, 61st Floor
Houston, TX 77056
(713) 960-0303 – Phone
(713) 892-4800 – Fax

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 30, 2016, a true and correct copy of the foregoing was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing was served upon all parties listed on the attached Service List by no later than the next day after the filing of the foregoing in accordance with Bankruptcy Local Rule 9013-1(f).

*/s/ Ronald J. Sommers*
RONALD J. SOMMERS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 16-35225<br>Southern District of Texas<br>Houston<br>Wed Nov 30 17:28:11 CST 2016 | Harris County<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Northwind Energy Partners, LLC<br>1811 Bering Drive<br>Suite 400<br>Houston, TX 770573186 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Abrams & Bayless LLP<br>20 Montchanin Road - Ste. 200<br>Wilmington, DE 19807-2174 | Bonds Brother Energy<br>151 Abingdon Ave.<br>Kenilworth, IL 60043-1201 |
| Christine Lemieux Trust U/A<br>Bank of America, N.A., Trustee<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Cypress Energy Corporation<br>P.O. Box 66769<br>Baton Rouge, LA 70896-6769 | Deane Pierce<br>c/o David M. Stiles, III<br>3411 Richmond Ave., #400<br>Houston, TX 77046-3408 |
| Eula May Johnston Trust<br>Bank of America, NA<br>PO Box 832407<br>Dallas, TX 75283-2407 | Fischer Childrens Common<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | French Capital Partners Ltd.<br>P.O. Box 11327<br>Midland, TX 79702-8327 |
| French Land & Cattle Ltd.<br>P.O. Box 11327<br>Midland, TX 79702-8327 | Grand Gulf Enrgy, LLC<br>c/o David K. McCrory<br>1313 West Pinhook Rd.<br>PO Drawer 52606<br>Lafayette, LA 70505-2606 | Gulf Coast Midwest Energy Prtnrs<br>1811 Bering Dr.<br>Houston, TX 77057-3006 |
| Gyrodata, Inc.<br>23000 Northwest Lake Drive<br>Houston, TX 77095-5344 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 | Hector Sulaiman<br>Campos Eliseos 400 - 701<br>Col. Lomas de Chapultepec<br>CP 11000, Mexico D.F.8 |
| Henry R. Clay Trust<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Inverness Corp.<br>616 Fitzpatrick Ave.<br>Waco, TX 76708-2243 |
| Jakal Oil Company<br>307 West 7th Street, Ste. 1718<br>Fort Worth, TX 76102-5114 | James M. Garner, Esq.<br>SHER GARNER CAHILL RICHTER KLEIN<br>& HILBERT LLC<br>909 Poydras Street, 28th Floor<br>New Orleans, LA 70112-4046 | Jason Blake Tollett Trust<br>P.O. Box 832407<br>Dallas, TX  75283-2407 |
| Laughlin Family Joint Venture<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Lee Wiley Moncrief 1988 Trust<br>Bank of America NA<br>PO Box 832407<br>Dallas, TX 75283-2407 | MSC Minerals Ltd<br>Bank of America, N.A., Agent<br>P.O. Box 832407<br>Dallas, TX  75283-2407 |
| Marcia Fuller French<br>P.O. Box 11327<br>Midland, TX 79702-8327 | Maurice H. Blanks<br>Bank of America, N.A., Agent<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Mike Bonds<br>151 Abingdon Ave.<br>Kenilworth, IL 60043-1201 |

| | | |
|---|---|---|
| New Orleans I Holdings, LLC<br>1100 Poydras St<br>New Orleans, LA 70163-1101 | PZES Holdings LLC<br>c/o CMI Credit Mediators Inc.<br>P.O. Box 456<br>Upper Darby, PA 19082-0456 | Patricia P. Schieffler Rev Tst<br>P.O. Box 832407<br>Dallas, TX  75283-2407 |
| Patricia Penrose Schieffler OG<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Petrodome Bayou Choctaw LLC<br>4203 Yoakum Blvd., Ste. 170<br>Houston, TX 77006-5455 | Petrust Corp of Amer. Agency<br>Bank of America, Agent<br>PO  Box 832407<br>Dallas, TX  75283-2407 |
| Prime Oil & Gas, Inc.<br>110 East 59th. St., 33rd. Floor<br>New York, NY 10022-1315 | Rayond L. Tollett Jr Trust<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Robert S. Saunders, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>920 North King Street, 7th. Floor<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| Stradera Energy Partners I LP<br>2202 Camelback Dr.<br>San Antonio, TX 78209-4262 | Stradera Energy Partners II LP<br>2202 Camelback Dr.<br>San Antonio, TX 78209-4262 | Strike Investments, LLC<br>Attn:  Cliff Keiser<br>4603  Branchview Drive<br>Arlington, TX 76017-1312 |
| Tatum Living Trust<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Tubb Memorial LP<br>Bank of America NA<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Virginia Clay Dorman Agency<br>P.O. Box 832407<br>Dallas, TX  75283-2407 | Wesley G. Lotz, Esq.<br>Fulkerson Lotz LLP<br>700 Louisiana Street, Suite 2500<br>Houston, TX 77002-2843 | World Energy Ventures LLC<br>Hector Sulaiman<br>Campos Eliseos 400 - 701<br>Col. Lomas de Chapultepec<br>CP 11000, Mexico D.F.8 |
| Richard L Fuqua II<br>Fuqua & Associates, PC<br>5005 Riverway<br>Ste. 250<br>Houston, TX 77056-2131 | Ronald J Sommers<br>Nathan Sommers Jacobs<br>2800 Post Oak Blvd<br>61st Floor<br>Houston, TX 77056-6131 | End of Label Matrix<br>Mailable recipients     49<br>Bypassed recipients      0<br>Total                   49 |