

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/21/2017

| In Re: | § | |
| --- | --- | --- |
| | § | |
| **Northwind Energy Partners, LLC** | § | Case No: 16-35225 |
| | § | |
| **Debtor.** | § | Chapter 7 |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF THE CLARO GROUP, LLC FORENSIC ACCOUNTANT AND CONSULTANT TO RONALD J. SOMMERS, CHAPTER 7 TRUSTEE, FOR THE PERIOD OF JANUARY 27, 2017 THROUGH JUNE 15, 2017**

(34)

Upon consideration of the *First and Final Fee Application of the Claro Group, LLC, Forensic Accountant and Consultant to Ronald J. Sommers, Chapter 7 Trustee, for the Period of January 27, 2017 through June 15, 2017* (the "Application"), filed by The Claro Group, LLC ("Applicant" or "Claro"), and the Court, after considering the Application finds that (i) proper notice of the Application was given pursuant to Rule 9013 and no further notice is necessary; (ii) the compensation requested is for actual, necessary services rendered by Applicant and that the reimbursement of expenses requested is for actual, necessary expenses; (iii) the services were necessary to the administration of, and/or beneficial at the time at which the service was rendered toward, this bankruptcy case (iv) the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; (v) the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title; (vi) none of the services were unnecessarily duplicative; (vii) no objections to the Application were filed or otherwise raised and that (viii) all fees and expenses should be and are approved on a final basis.

Accordingly, it is therefore

ORDERED, that the Application is hereby approved and that Claro is awarded fees in the amount of $33,208.00 and expenses in the amount $21.02; and it is further

ORDERED, that Claro shall apply the $25,000.00 retainer to the fees and expenses; and it is further

ORDERED, that the Trustee is authorized and directed to pay $8,229.02 to Claro; and it is further

ORDERED, that the foregoing fees and expenses are awarded on a final basis in connection with Chapter 7 proceedings initiated by Northwind Energy Partners, LLC.

Signed the 20th day of Dec, 2017

The Honorable Jeff Bohm
United States Bankruptcy Judge