UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 16-35225 |
|---|---|---|
|  | § |  |
| NORTHWIND ENERGY PARTNERS, LLC | § § § § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $37,523,961.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $409,958.63 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $590,041.37 | | |

3)  Total gross receipts of $1,035,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $35,000.00 (see **Exhibit 2**), yielded net receipts of $1,000,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $590,041.37 | $590,041.37 | $590,041.37 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $864,925.82 | $3,509,502.96 | $3,509,502.96 | $409,958.63 |
| General Unsecured Claims (from **Exhibit 7**) | $14,581,151.42 | $41,411,241.74 | $41,411,241.74 | $0.00 |
| **Total Disbursements** | $15,446,077.24 | $45,510,786.07 | $45,510,786.07 | $1,000,000.00 |

4). This case was originally filed under chapter 7 on 10/18/2016. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/11/2019          By: /s/ Ronald J. Sommers
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| DEP REVERSE: Fuqua and Associates PC | 1241-000 | ($1,000,000.00) |
| Fuqua and Associates PC | 1241-000 | $1,000,000.00 |
| Settlement w/L.R. (Robin) French III, Thomas L. Easley, Richard J. Halprin, Marshall A. Smith, Northsummit Energy LLC,GC | 1280-000 | $1,035,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,035,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Prime Oil & Gas, Inc. | Funds to Third Parties | 8500-002 | $3,500.00 |
| Stradera Power Dome LLC | Funds to Third Parties | 8500-002 | $31,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$35,000.00** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $53,250.00 | $53,250.00 | $53,250.00 |
| Green Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Pendergraft & Simon, LLP, Attorney for Trustee | 3210-000 | NA | $500,000.00 | $500,000.00 | $500,000.00 |
| Accountant for Trustee | 3410-000 | NA | $3,467.50 | $3,467.50 | $3,467.50 |
| The Claro Group, LLC, Special Accountant for Trustee | 3410-580 | NA | $33,229.02 | $33,229.02 | $33,229.02 |
| Accountant for Trustee | 3420-000 | NA | $94.85 | $94.85 | $94.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$590,041.37** | **$590,041.37** | **$590,041.37** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Texas Workforce Commission, Special Actions Unit | 5800-000 | $0.00 | $5,882.93 | $5,882.93 | $687.21 |
| 15a | Internal Revenue Service | 5800-000 | $864,925.82 | $3,503,620.03 | $3,503,620.03 | $409,271.42 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $864,925.82 | $3,509,502.96 | $3,509,502.96 | $409,958.63 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al. | 7100-000 | $0.00 | $4,757.23 | $4,757.23 | $0.00 |
| 3 | Grand Gulf Enrgy, LLC | 7100-000 | $87,436.40 | $87,436.40 | $87,436.40 | $0.00 |
| 4 | Alan Deane Pierce | 7100-000 | $61,409.59 | $50,000.00 | $50,000.00 | $0.00 |
| 5 | Level 3 Communications | 7100-000 | $0.00 | $22,545.70 | $22,545.70 | $0.00 |
| 6 | Abrams & Bayless LLP | 7100-000 | $137,302.47 | $112,313.37 | $112,313.37 | $0.00 |
| 7 | World Energy Ventures LLC | 7100-000 | $0.00 | $1,300,000.00 | $1,300,000.00 | $0.00 |
| 8 | World Energy Ventures LLC | 7100-000 | $0.00 | $9,832,137.00 | $9,832,137.00 | $0.00 |
| 9 | World Energy Ventures LLC | 7100-000 | $7,500,000.00 | $8,627,394.51 | $8,627,394.51 | $0.00 |
| 10 | Gyrodata, Inc. | 7100-000 | $328,066.00 | $366,447.03 | $366,447.03 | $0.00 |
| 11 | Cypress Energy Corp | 7100-000 | $27,982.56 | $49,843.73 | $49,843.73 | $0.00 |
| 12 | Prime Oil & Gas, Inc. | 7100-000 | $1,450,900.36 | $3,705,089.00 | $3,705,089.00 | $0.00 |
| 13 | Stradera Energy Partners I LP | 7100-000 | $2,934,726.93 | $7,918,933.11 | $7,918,933.11 | $0.00 |
| 14 | Stradera Energy Partners II LP | 7100-000 | $1.00 | $8,918,420.96 | $8,918,420.96 | $0.00 |
| 15b | Internal Revenue Service | 7100-000 | $0.00 | $415,923.70 | $415,923.70 | $0.00 |
| | Bonds Brother | 7100-000 | $8,013.53 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Energy | | | | | |
| Christine Lemieux Trust U/A | 7100-000 | $9,756.65 | $0.00 | $0.00 | $0.00 |
| Eula May Johnston Trust | 7100-000 | $39,550.46 | $0.00 | $0.00 | $0.00 |
| Fischer Childrens Common | 7100-000 | $110,030.26 | $0.00 | $0.00 | $0.00 |
| French Capital Partners, LTD | 7100-000 | $438,128.66 | $0.00 | $0.00 | $0.00 |
| French Land & Cattle LTD | 7100-000 | $311,876.01 | $0.00 | $0.00 | $0.00 |
| Gulf Coast Midwest Energy Partners | 7100-000 | $74,476.20 | $0.00 | $0.00 | $0.00 |
| Hector Slaiman | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| Henry R. Clay Trust | 7100-000 | $21,284.96 | $0.00 | $0.00 | $0.00 |
| Inverness Corp. | 7100-000 | $139,431.06 | $0.00 | $0.00 | $0.00 |
| Jakal Oil Company | 7100-000 | $13,970.32 | $0.00 | $0.00 | $0.00 |
| Jason Blake Tollett Trust | 7100-000 | $41,687.86 | $0.00 | $0.00 | $0.00 |
| Laughlin Family Joint Venture | 7100-000 | $40,450.39 | $0.00 | $0.00 | $0.00 |
| Lee Wiley Moncreif 1988 Trust | 7100-000 | $60,600.71 | $0.00 | $0.00 | $0.00 |
| Marcia Fuller French | 7100-000 | $117,217.60 | $0.00 | $0.00 | $0.00 |
| Maurice H. Blanks | 7100-000 | $9,440.38 | $0.00 | $0.00 | $0.00 |
| Mike Bonds | 7100-000 | $1,215.89 | $0.00 | $0.00 | $0.00 |
| MSC Minerals LTD | 7100-000 | $89,471.30 | $0.00 | $0.00 | $0.00 |
| New Oreleans I Holdings, LLC | 7100-000 | $29,491.38 | $0.00 | $0.00 | $0.00 |
| P2ES Holdings LLC | 7100-000 | $40,359.02 | $0.00 | $0.00 | $0.00 |
| Patricia P. Schieffier Rev Trust | 7100-000 | $31,577.26 | $0.00 | $0.00 | $0.00 |
| Patricia Penrose Schieffier OG | 7100-000 | $51,427.08 | $0.00 | $0.00 | $0.00 |
| Petrodome Bayou Choctaw LLC | 7100-000 | $156,454.77 | $0.00 | $0.00 | $0.00 |
| Petrust Corp of Amer.Agency | 7100-000 | $52,252.20 | $0.00 | $0.00 | $0.00 |
| Rayond L. Tollett | 7100-000 | $43,210.37 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Jr. Trust |  |  |  |  |  |
|  | Strike Investments, LLC | 7100-000 | $27,843.56 | $0.00 | $0.00 | $0.00 |
|  | Tatum Living Trust | 7100-000 | $41,323.11 | $0.00 | $0.00 | $0.00 |
|  | Tubb Memorial LP | 7100-000 | $32,197.67 | $0.00 | $0.00 | $0.00 |
|  | Virginia Clay Dorman Agency | 7100-000 | $20,586.45 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $14,581,151.42 | $41,411,241.74 | $41,411,241.74 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 16-35225-H4-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | NORTHWIND ENERGY PARTNERS, LLC | Date Filed (f) or Converted (c): | 10/18/2016 (f) |
| For the Period Ending: | 9/11/2019 | §341(a) Meeting Date: | 11/16/2016 |
| | | Claims Bar Date: | 03/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Whitney Bank Acct. ending 4583 | $93.00 | $0.00 | | $0.00 | FA |
| 2 | Co-claimant against World Energy Ventures, LLC and against Hector Sulaiman | $35,000,000.00 | $0.00 | | $0.00 | FA |
| 3 | Contractual access rights to 40sq miles of 3D seismic data | $400,000.00 | $0.00 | | $0.00 | FA |
| 4 | Capitalized development costs - oil & gas prospects, net of impairment | $2,123,868.00 | $0.00 | | $0.00 | FA |
| 5 | Bayou Choctaw Field Marborough & Wilbert Leases State of Louisiana 5% (proportionally reduced) assignment of leasehold and well bore interests to GCOC, Inc. (u) | Unknown | $0.00 | | $0.00 | FA |
| 6 | Settlement w/L.R. (Robin) French III, Thomas L. Easley, Richard J. Halprin, Marshall A. Smith, Northsummit Energy LLC,GCOG LLC f/k/a GCOG Inc. and Northsummit LLC f/k/a Northwind Minerals LLC (u) | $0.00 | $1,000,000.00 | | $1,035,000.00 | FA |

Asset Notes:   #85 12/10/18

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| $37,523,961.00 | $1,000,000.00 | | $1,035,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 09/11/2019 | TDR SUBMITTED |
| 03/12/2019 | TFR SUBMITTED |
| 09/30/2017 | One of the largest secured creditors agreed to fund forensic accounting to be done in order to more accurately research and investigate Debtor's accounts.  The Trustee is waiting on the forensic accountant's report to determine if there are viable assets in this estate. |

| Initial Projected Date Of Final Report (TFR): | 10/18/2018 | Current Projected Date Of Final Report (TFR): | 03/31/2019 | /s/ RONALD J. SOMMERS |
| | | | | RONALD J. SOMMERS |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-35225-H4-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | NORTHWIND ENERGY PARTNERS, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1935 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 10/18/2016 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/11/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/19/2017 | (6) | Stradera Power Dome LLC | Funding for forensic accounting investigation (wire transfer) | 1280-000 | $35,000.00 | | $35,000.00 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.68 | $34,976.32 |
| 02/07/2017 | 1000 | The Claro Group, LLC | #29 02/07/17 & #41 12/20/17 Phase I Retainer | 3410-580 | | $25,000.00 | $9,976.32 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $30.15 | $9,946.17 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $17.08 | $9,929.09 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.47 | $9,914.62 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.99 | $9,898.63 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.48 | $9,882.15 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.91 | $9,867.24 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.92 | $9,851.32 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.89 | $9,835.43 |
| 10/23/2017 | | Green Bank | Reverse bank fees | 2600-000 | | ($164.57) | $10,000.00 |
| 01/03/2018 | 1001 | The Claro Group, LLC | #29 02/07/17 & #41 12/20/17 Accountant Fees | 3410-580 | | $8,229.02 | $1,770.98 |
| 12/27/2018 | (6) | Fuqua & Associates, P.C. | #85 12/10/18 Settlement Proceeds | 1249-000 | $1,000,000.00 | | $1,001,770.98 |
| 01/02/2019 | | Fuqua and Associates PC | Duplicate entry made in error | 1241-000 | $1,000,000.00 | | $2,001,770.98 |
| 01/02/2019 | | DEP REVERSE: Fuqua and Associates PC | Duplicate entry made in error | 1241-000 | ($1,000,000.00) | | $1,001,770.98 |
| 01/02/2019 | | Stradera Power Dome LLC | #84 12/10/18 Reimbursement of Administrative Costs (wired on 12/27/18) | 8500-002 | | $31,500.00 | $970,270.98 |
| 01/02/2019 | | Prime Oil & Gas, Inc. | #84 12/10/18 Reimbursement of Administrative Costs (wired on 12/27/18) | 8500-002 | | $3,500.00 | $966,770.98 |
| 01/02/2019 | 1002 | Pendergraft & Simon, LLP | #86 12/10/18 Attorney Fees | 3210-000 | | $500,000.00 | $466,770.98 |

SUBTOTALS  $1,035,000.00   $1,068,229.02

FORM 2

Page No: 2          Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-35225-H4-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | NORTHWIND ENERGY PARTNERS, LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1935 | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | CHK |
| For Period Beginning: | 10/18/2016 | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/11/2019 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/12/2019 | 1003 | Munshi CPA, P.C. | #92 03/11/19 Accountant Fees & Expenses | * |  | $3,562.35 | $463,208.63 |
|  |  |  | $(3,467.50) | 3410-000 |  |  | $463,208.63 |
|  |  |  | $(94.85) | 3420-000 |  |  | $463,208.63 |
| 06/10/2019 | 1004 | Ronald J. Sommers | Trustee Compensation | 2100-000 |  | $53,250.00 | $409,958.63 |
| 06/10/2019 | 1005 | Texas Workforce Commission, Special Actions Unit | Final Distribution on Claim #: 2; Amount Claimed: 5,882.93; Amount Allowed: 5,882.93;  Claim #: 2; | 5800-000 |  | $687.21 | $409,271.42 |
| 06/10/2019 | 1006 | Internal Revenue Service | Final Distribution on Claim #: 15; Amount Claimed: 3,503,620.03; Amount Allowed: 3,503,620.03;  Claim #: 15; | 5800-000 |  | $409,271.42 | $0.00 |

|  |  |  | TOTALS: | $1,035,000.00 | $1,035,000.00 | $0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 |  |
|  |  |  | Subtotal | $1,035,000.00 | $1,035,000.00 |  |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 |  |
|  |  |  | Net | $1,035,000.00 | $1,035,000.00 |  |

| For the period of  10/18/2016 to 9/11/2019 |  | For the entire history of the account between 01/16/2017 to 9/11/2019 |  |
|---|---|---|---|
| Total Compensable Receipts: | $1,035,000.00 | Total Compensable Receipts: | $1,035,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,035,000.00 | Total Comp/Non Comp Receipts: | $1,035,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $1,000,000.00 | Total Compensable Disbursements: | $1,000,000.00 |
| Total Non-Compensable Disbursements: | $35,000.00 | Total Non-Compensable Disbursements: | $35,000.00 |
| Total Comp/Non Comp  Disbursements: | $1,035,000.00 | Total Comp/Non Comp  Disbursements: | $1,035,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2    Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-35225-H4-7 | | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- | --- |
| Case Name: | NORTHWIND ENERGY PARTNERS, LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***1935 | | Checking Acct #: | ******2501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 10/18/2016 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/11/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $1,035,000.00 | $1,035,000.00 | $0.00 |

For the period of **10/18/2016** to **9/11/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,035,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,035,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,000,000.00 |
| Total Non-Compensable Disbursements: | $35,000.00 |
| Total Comp/Non Comp Disbursements: | $1,035,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the case between **10/18/2016** to **9/11/2019**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,035,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,035,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,000,000.00 |
| Total Non-Compensable Disbursements: | $35,000.00 |
| Total Comp/Non Comp Disbursements: | $1,035,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS